Oliyarnik et al. v. Peter Riva, et al.                                                                                                     Doc. 13
Case 2:06-cv-00213-PMP-GWF   Document 13   Filed 12/15/2006   Page 1 of 1

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     |     |     |
| 2   |     |     |     |
| 3   |     |     |     |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

OLEG OLIYARNIK,           )
                          )
          Plaintiff,      )     2:06-Cv-0213-PMP-GWF
                          )
v.                        )
                          )
PETER RIVA, et al.,       )     O R D E R
                          )
          Defendants.     )
                          )

Before the Court for consideration are the Findings and Recommendations (#12) of Magistrate Judge George Foley, Jr., regarding Plaintiff's Complaint. No Objections to Magistrate Judge Foley's Findings and Recommendations were filed in accord with Local Rule IB 3-2.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Findings and Recommendations of the United States Magistrate Judge should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Foley's Findings and Recommendations (#12) are affirmed, and Plaintiff's Complaint is dismissed without prejudice, each party to bear their own fees and costs herein.

DATED: December 13, 2006

_____
PHILIP M. PRO
Chief United States District Judge